■ EARNEST LINTON et al., Respondents, v. CURTISS WRIGHT CORPORATION, Appellant.— Motion to dismiss appeal denied, and matter remitted to the Justice who heard the motion at Special Term to settle the record on appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD NOTEMAN, Appellant.— Motion to appeal on original record. and typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES A. LIPINCZYK, Appellant.—Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal, Williams J., not voting.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYLVESTER HOWARD, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion to appeal on original record and typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

## FOURTH DEPARTMENT, SEPTEMBER, 1956 *
### (September 19, 1956)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BATTICE, Appellant, against ROBERT MURPHY, as Warden, Respondent.— Motion to appeal on handwritten papers denied on the ground that habeas corpus is not the proper remedy.

## FOURTH DEPARTMENT, OCTOBER, 1956 * *
### (October 31, 1956)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. JACKSON, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion to appeal on original record and handwritten briefs denied on the ground that papers fail to show merit to the appeal.